PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Eduardo Ramos          Cr.: 21-00315-001
                                                                                                     PACTS #: 6175273

Name of Sentencing Judicial Officer:     THE HONORABLE JEFFERY ALKER MEYER
                                                    UNITED STATES DISTRICT JUDGE OF CONNECTICUT

Name of Reassigned Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
                                                    UNITED STATES DISTRICT JUDGE OF NEW JERSEY

Date of Original Sentence: 10/21/2020

Original Offense:    Count One: Conspiracy to Distribute and to Possess With Intent to Distribute Heroin and Cocaine, in violation of 21 U.S.C. 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(B)(ii) and 846, a Class A Felony

Original Sentence: 60 months probation

Transfer of Jurisdiction:   04/14/2021

Special Conditions: Special Assessment, Community Service – 100 Hours

Type of Supervision: Probation                                  Date Supervision Commenced: 10/21/2020

### STATUS UPDATE

On October 21, 2020, Eduardo Ramos commenced his term of probation in the District of New Jersey based upon his residence in Union, New Jersey. On April 14, 2021, transfer of jurisdiction was accepted by Your Honor. Mr. Ramos has been compliant with the conditions of supervision and no violations have been filed with the Court.

By way of background, Mr. Ramos had a Passaic Superior Court case, docket 18000816, that originated on February 14, 2018, charging him with Theft by Unlawful Taking, N.J.S. 2C:5-2. It should be noted the crime alleged was committed on or about October 14, 2017, and on or about February 15, 2018. The case was dismissed on October 31, 2018, without prejudice by motion of the prosecutor.

On July 18, 2022, the probation office learned the case originating from Passaic Superior County Court, that had previously been dismissed on October 31, 2018, had been reopened and assigned a new docket number: 21001239. On June 21, 2022, Mr. Ramos entered a plea of guilty to an amended count of Receiving Stolen Property, in violation of N.J.S. 2C:20-7, third degree.

Due to the criminal conduct predating his term of supervision, the probation office is respectfully recommending no Court action.

Prob 12A – page 2
Eduardo Ramos

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Maribel Perez*

By:   MARIBEL PEREZ
U.S. Probation Officer

/ mp

APPROVED:

_____   7/27/2022
CARRIE H. BORONA                  Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

**7/28/2022**
Date